(No. 13049.—Cause transferred.)

GEORGE D. CORWINE, SR., Trustee, Appellee, *vs.* LILLIE E. RUSSELL, Appellant.

*Opinion filed December 17, 1919.*

This case is controlled by the decision in *Corwine* v. *Wigginton,* (*ante,* p. 321.)

APPEAL from the Circuit Court of Logan county; the Hon. SAIN WELTY, Judge, presiding.

COVEY & WOODS, for appellant.

BEACH & TRAPP, and McCORMICK & MURPHY, for appellee.

Mr. CHIEF JUSTICE DUNN delivered the opinion of the court:

The action, parties, issues, evidence and judgment in this case are the same as in *Corwine* v. *Wigginton,* (*ante,* p. 321,) except as to the description of the land, the amount of the rent and taxes, and the appellants, who were sisters. The order must be the same, and the cause will be transferred to the Appellate Court for the Third District.

*Cause transferred.*